◆ PS 8
(5/04)

# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 17 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.   Santana, Marty Anthony   Docket No.   0980 2:13CR02092-039

## Petition for Action on Conditions of Pretrial Release

COMES NOW Carrie A Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Marty Anthony Santana, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 12th day of September 2013, under the following conditions:

**Condition #9:** The defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condition #1:** The defendant shall submit to a substance abuse evaluation and undergo any recommended treatment as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is alleged to be in violation of his condition of pretrial supervision in the Eastern District of Washington by having used marijuana and cocaine on or about November 19, 2013.

**Violation #2:** The defendant is alleged to be in violation of his condition of pretrial supervision in the Eastern District of Washington by refusing to attend a substance abuse evaluation as directed on December 12, 2013.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/17/2013

by   s/Carrie A. Valencia

Carrie A Valencia
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/17/13
Date