PS 8
(5/04)

# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 01 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.     Santana, Marty Anthony          Docket No.     0980 2:13CR02092-LRS-39

### Petition for Action on Conditions of Pretrial Release

COMES NOW Carrie A Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Marty Anthony Santana, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 12th day of September 2013, under the following conditions:

**Condition #9:** The defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is alleged to be in violation of his condition of pretrial supervision in the Eastern District of Washington by having used marijuana on or about March 14, 2014.

### PRAYING THAT THE COURT WILL ISSUE A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     03/31/2014

by     s/Carrie A. Valencia

Carrie A Valencia
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

4/1/14
Date