PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# United States District Court

JUN 24 2014

## for the

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marty Anthony Santana    Case Number: 0980 2:13CR02092-039

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: May 1, 2014    Type of Supervision: Supervised Release

Original Offense: Theft from Gaming Establishment    Date Supervision Commenced: May 1, 2014
Less than $1,000, 18 U.S.C. § 1167(a)

Original Sentence: Prison - 24 D; TSR - 12 M    Date Supervision Expires: April 30, 2015

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall participate in the home confinement program for 60 days. You shall abide by all the requirements
of the program, which will include electronic monitoring or other location verification system. You shall
pay all or part of the costs of the program based upon your ability to pay. You are restricted to your
residence every day from 9 p.m. to 6 a.m., as directed by the supervising officer.

## CAUSE

On May 20, 2014, Mr. Santana failed to report to Merit for a urinalysis test. On May 22, 2014, he admitted to
consuming alcohol and using cocaine on May 17, and 20, 2014. As a result of the aforementioned violations, the
defendant completed a substance abuse evaluation at Merit and was found to be chemically dependent. On June 10,
2014, he commenced an intensive outpatient treatment program (IOP) at Merit. Upon completion of IOP, he will be
required to follow through with an aftercare program.

Based on the above information, the undersigned officer recommends the defendant's conditions of supervision be
modified, as noted above. Enclosed is a waiver signed by the defendant agreeing to the proposed modification should
Your Honor concur.

Respectfully submitted,

by    s/Jose Vargas
_____

Jose Vargas
U.S. Probation Officer
Date: June 23, 2014

Prob 12B
**Re: Santana, Marty Anthony**
**June 23, 2014**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

6/24/14

Date