PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 11 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marty Anthony Santana     Case Number: 0980 2:13CR02092-039

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: May 1, 2014     Type of Supervision: Supervised Release

Original Offense: Theft from Gaming Establishment Less than $1,000, 18 U.S.C. § 1167(a)     Date Supervision Commenced: May 1, 2014

Original Sentence: Prison - 24 D; TSR - 12 M     Date Supervision Expires: April 30, 2015

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    You shall complete 3 days of work crew with the Washington State Department of Corrections Work Crew Program. The days are to be completed by September 1, 2014, or as directed by your supervision probation officer.

## CAUSE

Mr. Santana admitted to consuming alcohol on July 14, 2014. At that time, the defendant had just completed an intensive outpatient treatment program (IOP) at Merit and was about to start an aftercare program. As a result of his relapse, he was reassessed by Merit personnel and was required to start an IOP program, with an emphasis on relapse prevention. Upon completion of his IOP program, he will be required to follow through with aftercare treatment.

Based on the above information, and as a correction action, the undersigned officer recommends the defendant's conditions of supervision be modified as noted above. Enclosed is a waiver signed by the defendant agreeing to the proposed modification should Your Honor concur.

                                    Respectfully submitted,

                              by    s/Jose Vargas

                                    Jose Vargas
                                    U.S. Probation Officer
                                    Date: August 1, 2014

Prob 12B
**Re: Santana, Marty Anthony**
**August 1, 2014**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

8/11/14
Date